AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
LINDA LYE - #215584
llye@aclunc.org
VASUDHA TALLA - #316219
vtalla@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone:	415 621 2493
Facsimile:	415 255 8437

Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
7/18/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

HOOMAN HAKIMI and SALOOMEH YAVARI, on behalf of themselves and as next friends for R.H., a minor, and H.H., a minor; and HALEH HAKIMI,

PETITIONERS/PLAINTIFFS,

v.

MICHAEL POMPEO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF STATE; and DOES #1-#10, in their official capacity as consular officials,

RESPONDENTS/DEFENDANTS.

Case No. 4:18-cv-04012-YGR

PETITIONERS/PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)

Date Filed: July 5, 2018

Judge: Yvonne Gonzalez Rogers

IMMIGRATION MANDAMUS CASE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioners/Plaintiffs, by and through their undersigned counsel, hereby voluntarily dismiss without prejudice all claims against Respondents/Defendants in the above-captioned matter. Respondents/Defendants have neither answered nor filed a motion for summary judgment; therefore, this "dismissal is effective on filing and no court order is required." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (citation omitted). Petitioners/Plaintiffs have not previously dismissed any action in any court based on or including the claims at issue in this action.

Dated: July 16, 2018

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

By: /s/ Vasudha Talla
     Vasudha Talla
     Linda Lye

Attorneys for Plaintiffs